Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>RCSH OPERATIONS, INC., dba RUTH'S CHRIS STEAK HOUSE, et al.,<br><br>    Defendants. | No. 1:15-cv-00464---SAB<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT RCSH OPERATIONS, INC., DBA RUTH'S CHRIS STEAK HOUSE, <u>ONLY</u>; ORDER** |

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), wishes to dismiss Defendant RCSH Operations, Inc., dba Ruth's Chris Steak House ("RCSH") from the above-captioned action pursuant to settlement with RCSH;

WHEREAS, Plaintiff has been unable to obtain a signed stipulation from the remaining parties to the action to dismiss RCSH pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

NOW, THEREFORE, Plaintiff hereby respectfully requests, pursuant to Federal Rule of Civil Procedure 41(a)(2), that **only Defendant RCSH Operations, Inc., dba Ruth's Chris Steak House** be dismissed from the above-captioned action with prejudice.

Date: June 8, 2015                                    MOORE LAW FIRM, P.C.

                   */s/ Tanya E. Moore*
                   Tanya E. Moore
                   Attorney for Plaintiff
                   Ronald Moore

## **ORDER**

Pursuant to the request of Plaintiff, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that **only Defendant RCSH Operations, Inc., dba Ruth's Chris Steak House** be dismissed from the above-captioned action with prejudice.

IT IS SO ORDERED.

Dated:   **June 8, 2015**                                    _____
                   UNITED STATES MAGISTRATE JUDGE