Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RIVER PARK PROPERTIES II, a California limited partnership;<br><br>　　　　　Defendant. | No.  1:15-cv-00464-SAB<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;  ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendant, River Park Properties II, a California limited partnership (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties remaining in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated August 18, 2015 (Dkt. 16) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendant, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  December 4, 2015                    MOORE LAW FIRM, P.C.


                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Ronald Moore

Dated:  December 4, 2015                    LAW OFFICES OF CHRISTIAN B. GREEN


                                            */s/ John T. Hill*
                                            John T. Hill
                                            Attorneys for Defendant
                                            River Park Properties II, a California limited partnership

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.


IT IS SO ORDERED.

Dated:    **December 4, 2015**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE