# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RSCH OPERATIONS, INC. et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00464-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>FEBRUARY 16, 2016 DEADLINE |

On January 14, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. On or before February 16, 2016, Plaintiff shall file dispositional documents.

IT IS SO ORDERED.

Dated: **January 15, 2016**

UNITED STATES MAGISTRATE JUDGE