1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | ) No. 1:15-cv-00464-SAB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL OF ENTIRE ACTION;  ORDER** |
| RCSH OPERATIONS, INC., dba RUTH'S CHRIS STEAK HOUSE, et al., | ) |
| Defendants. | ) |

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant River Park Properties II, a California limited partnership, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: February 3, 2016          MOORE LAW FIRM, P.C.


/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Ronald Moore


Dated: February 3, 2016          LAW OFFICES OF CHRISTIAN B. GREEN


/s/ John T. Hill
John T. Hill
Attorneys for Defendant,
River Park Properties II, a California limited partnership

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **February 3, 2016**

UNITED STATES MAGISTRATE JUDGE